UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JENNIFER EMILY HUNYH RUDD, | ) ) ) | Case No. CV 14-1678-KK |
| Plaintiff, | ) ) | |
| v. | ) ) | JUDGMENT |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) ) | |

Pursuant to sentence four of 42 U.S.C. § 405(g), IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is REVERSED and this matter is REMANDED for further administrative proceedings consistent with the Court's Memorandum and Order filed contemporaneously with the filing of this Judgment.

Dated: Octboer 14, 2014

_____
Hon. Kenly Kiya Kato
United States Magistrate Judge